# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JOHNNY LEN KELLOGG, #120551, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:20-cv-151-JDK-JDL |
| § | |
| MAXEY CERLIANO, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **10th** day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE